UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

FREDA'S, a West Virginia
Association,

      Plaintiff,

Vs.                                      Civil Action No. 2:95-1047

ARCHER DANIELS MIDLAND COMPANY,
A. E. STALEY MANUFACTURING COMPANY,
CARGILL, INC., and
CPC INTERNATIONAL, INC.,

      Defendant.

## ORDER AND NOTICE

Pursuant to the Local Rules of Civil Procedure of this Court, effective September 1, 1994, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

| Date | Event |
|---|---|
| 12/20/95 | Joinder of any party other than those named in the complaint, the filing of any cross-claim or counterclaim and reply, and any amendment by any party of any pleading. |
| 12/20/95 | Motion under Rule 12(b) of the Federal Rules of Civil Procedure, together with supporting briefs, memoranda, affidavits or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 4.01(a)). |
| 12/29/95 | Last day for Rule 26(f) meeting. |
| 01/05/96 | Last day to file report of Rule 26(f) meeting -- See LR Civ P 2.01(b) and FR Civ P Form 35. |
| 01/19/96 | Scheduling conference with court at 11:00 a.m. on January 19, 1996, unless otherwise directed. |
| 01/26/96 | Entry of scheduling order. |

02/05/96    Last day to make Rule 26(a)(1) disclosures.

DATED: December 1, 1995

*Dennis R. Knapp*
DENNIS R. KNAPP, JUDGE